UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| WILLIAM SLUDER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:21-cv-00047-FDW-DSC |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER is before the Court on Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. No. 15). For the reasons stated in the motion, to which Plaintiff consents, and the entire record in this case, the Motion is GRANTED.

IT IS THEREFORE ORDERED, the Consent Motion (Doc. No. 15) is GRANTED, the final decision of the Commissioner is REVERSED, that this matter is hereby REMANDED to the Commissioner for further proceedings, including the opportunity for a new administrative hearing pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Clerk is respectfully directed to terminate the pending motions and CLOSE THE CASE.

IT IS SO ORDERED.

Signed: January 14, 2022

Frank D. Whitney
United States District Judge