# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| William Sluder**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 1:21-cv-00047-FDW-DSC |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security **,** ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2022 Order.

January 14, 2022

*[signature]*

Frank G. Johns, Clerk
United States District Court